IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY LEE WASSERBURGER, and JEFF WASSERBURGER,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANGEL LEE LANE, ARTHUR EDWARD LANE, JR., and JOHN DOES 1-10,<br><br>　　　　　　Defendants. | 7:24CV5002<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

　　This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　IT IS SO ORDERED.

　　Dated this 20th day of June 2024.

BY THE COURT:

*(signature)*

Robert F. Rossiter, Jr.
Chief United States District Judge
