IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY LEE WASSERBURGER, and JEFF WASSERBURGER,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ANGEL LEE LANE, ARTHUR EDWARD LANE JR., and JOHN DOES 1-10,<br><br>　　　　　Defendants. | 7:24CV5002<br><br>ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE |

　　　This case is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice signed by counsel for both parties. Filing 28. The parties state that they have reached a full settlement of the case. Filing 28 at 1. Therefore, they request that the Court dismiss this matter with prejudice with the parties paying their own costs. Accordingly,

　　　IT IS ORDERED that the parties' Stipulated Motion to Dismiss with Prejudice, Filing 28, is accepted, and this case is dismissed with prejudice with the parties paying their own costs.

　　　Dated this 20th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge